ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 28 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| MUNTERS CORPORATION | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) |
| | ) NO. |
| NOVELAIRE TECHNOLOGIES, L.L.C. | ) 1:09-CV-2666 |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Munters Corporation:

    Munters AB of Sweden.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or

other interest which could be substantially affected by the outcome of this particular case:

None

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Ty M. Bridges
Marlan B. Wilbanks
Pasquale A. Razzano
Edward J. Haughey, III.

Submitted this 28th day of August 2009.

Respectfully submitted,

WILBANKS & BRIDGES LLP

_____
Marlan B. Wilbanks
Ga. Bar. No.758223

_____
Ty M. Bridges
Ga. Bar. No. 081500

Monarch Plaza
3414 Peachtree Road
Suite 1075
Atlanta, Georgia 30326
404-842-1075 (Telephone)
404-842-0559 (Faxsimile)
mbw@wilbanks-bridgeslaw.com

Of Counsel

Pasquale A. Razzano
NY Bar No. PR7340
Edmund J. Haughey, III
NY Bar No._____
FITZPATRICK, CELLA, HARPER & SCINTO
Pro hac Vice
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

FCHS_WS 3904417_1.DOC