AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of Georgia___ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>1:09-CV-2666-WSD | DATE FILED<br>09/28/2009 | U.S. DISTRICT COURT<br>Northern District of Georgia |
|---|---|---|
| PLAINTIFF<br>Munters Corporation | | DEFENDANT<br>Novelaire Technologies, L.L.C. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,557,365 B2 | May 6, 2003 | Munters Corporation |
| 2 | US 6,711,907 B2 | March 30, 2004 | Munters Corporation |
| 3 | US 7,047,751 B2 | May 23, 2006 | Munters Corporation |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

US006557365B2

# (12) United States Patent
## Dinnage et al.

(10) Patent No.: **US 6,557,365 B2**
(45) Date of Patent: **May 6, 2003**

(54) **DESICCANT REFRIGERANT DEHUMIDIFIER**

(75) Inventors: Paul A. Dinnage, Stratham, NH (US); Stephen C. Brickley, Newbury, MA (US)

(73) Assignee: Munters Corporation, Amesbury, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/795,818

(22) Filed: Feb. 28, 2001

(65) **Prior Publication Data**

US 2002/0116934 A1 Aug. 29, 2002

(51) Int. Cl.[7] ............................. F25D 23/00; F25D 17/06
(52) U.S. Cl. .................................................. 62/271; 62/94
(58) Field of Search ................................ 62/271, 94, 93

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 2,186,844 A | * | 1/1940 | Smith | 62/94 |
| 2,562,811 A | | 7/1951 | Muffly | 62/103 |
| 2,946,201 A | | 7/1960 | Munters | 62/94 |
| 2,968,165 A | * | 1/1961 | Norback | 62/271 |
| 3,247,679 A | | 4/1966 | Meckler | 62/271 |
| 3,401,530 A | | 9/1968 | Meckler | 62/2 |
| 4,113,004 A | | 9/1978 | Rush et al. | 165/3 |
| 4,180,985 A | | 1/1980 | Northrup, Jr. | 62/94 |
| 4,474,021 A | * | 10/1984 | Harband | 62/94 |
| 5,170,633 A | | 12/1992 | Kaplan | 62/94 |
| 5,353,606 A | | 10/1994 | Yoho et al. | 62/271 |
| 5,373,704 A | | 12/1994 | McFadden | 62/94 |
| 5,502,975 A | | 4/1996 | Brickley et al. | 62/94 |
| 5,517,828 A | | 5/1996 | Calton et al. | 62/271 |
| 5,526,651 A | | 6/1996 | Worek et al. | 62/271 |
| 5,551,245 A | | 9/1996 | Calton et al. | 62/90 |
| 5,564,281 A | | 10/1996 | Calton et al. | 62/90 |
| 5,579,647 A | | 12/1996 | Calton et al. | 62/94 |
| 5,632,954 A | | 5/1997 | Coellner et al. | 422/4 |
| 5,649,428 A | | 7/1997 | Calton et al. | 62/94 |
| 5,660,048 A | | 8/1997 | Belding et al. | 62/94 |
| 5,701,762 A | | 12/1997 | Akamatsu et al. | 62/636 |
| 5,727,394 A | | 3/1998 | Belding et al. | 62/94 |
| 5,758,508 A | | 6/1998 | Belding et al. | 62/94 |
| 5,761,915 A | | 6/1998 | Rao | 62/94 |
| 5,761,923 A | | 6/1998 | Maeda | 62/271 |
| 5,791,153 A | | 8/1998 | Belding et al. | 62/93 |
| 5,816,065 A | | 10/1998 | Maeda | 62/271 |
| 5,825,641 A | | 10/1998 | Bierwirth et al. | 165/48.1 |
| 5,890,372 A | | 4/1999 | Belding et al. | 62/271 |
| 5,931,016 A | * | 8/1999 | Yoho | 62/271 |
| 5,943,874 A | | 8/1999 | Maeda | 62/271 |
| 6,003,327 A | | 12/1999 | Belding et al. | 62/271 |
| 6,018,953 A | | 2/2000 | Belding et al. | 62/94 |
| 6,029,462 A | | 2/2000 | Denniston | 62/94 |
| 6,029,467 A | * | 2/2000 | Moratalla | 62/271 |
| 6,050,100 A | | 4/2000 | Belding et al. | 62/271 |
| 6,094,835 A | | 8/2000 | Cromer | 34/80 |
| 6,141,979 A | | 11/2000 | Dunlap | 62/176.6 |

* cited by examiner

Primary Examiner—William C. Doerrler
(74) Attorney, Agent, or Firm—Fitzpatrick, Cella, Harper & Scinto

(57) **ABSTRACT**

A method and apparatus for conditioning air for an enclosure is disclosed in which a supply air stream, preferably from the atmosphere is cooled by the cooling coil of a refrigerant cooling system to reduce the temperature and humidity thereof to first predetermined level. The thus cooled and dehumidified air is then passed through a segment of a rotating desiccant wheel under conditions which reduce moisture content and increase temperature to a second predetermined temperature range. The supply air is then delivered from the desiccant wheel to the enclosure. The desiccant wheel is regenerated by heating a separate regeneration air stream, also preferably from the atmosphere, using the condensing coil of the refrigerant system in order to increase the regeneration air stream temperature to a third predetermined temperature range. The thus heated regeneration air stream is then passed through another segment of the rotating desiccant wheel to regenerate the wheel.

**25 Claims, 10 Drawing Sheets**





US006711907B2

## (12) United States Patent
### Dinnage et al.

(10) Patent No.: **US 6,711,907 B2**
(45) Date of Patent: **Mar. 30, 2004**

(54) **DESICCANT REFRIGERANT DEHUMIDIFIER SYSTEMS**

(75) Inventors: Paul A. Dinnage, Stratham, NH (US); Kevin H. Young, Newmarket, NH (US)

(73) Assignee: Munters Corporation, Amesbury, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/316,952

(22) Filed: Dec. 12, 2002

(65) **Prior Publication Data**

US 2003/0121271 A1 Jul. 3, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/795,818, filed on Feb. 28, 2001.

(51) Int. Cl.[7] ......................... F25D 17/06; F25D 23/00
(52) U.S. Cl. ............................................. 62/94; 62/271
(58) Field of Search ....................... 62/94, 271, DIG. 17

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | | |
|---|---|---|---|---|
| 4,180,985 A | | 1/1980 | Northrup, Jr. | 62/94 |
| 4,474,021 A | * | 10/1984 | Harband | 62/94 |
| 4,936,107 A | * | 6/1990 | Kitagaki et al. | 62/184 |
| 5,517,828 A | * | 5/1996 | Calton et al. | 62/271 |
| 5,761,923 A | * | 6/1998 | Maeda | 62/271 |
| 5,816,065 A | * | 10/1998 | Maeda | 62/271 |
| 5,931,016 A | * | 8/1999 | Yoho, Sr. | 62/271 |
| 6,141,979 A | * | 11/2000 | Dunlap | 62/176.6 |
| 6,557,365 B2 | * | 5/2003 | Dinnage et al. | 62/271 |

**FOREIGN PATENT DOCUMENTS**

EP    0191007    8/1986

* cited by examiner

Primary Examiner—William C. Doerrler
(74) Attorney, Agent, or Firm—Fitzpatrick, Cella, Harper & Scinto

(57) **ABSTRACT**

A method for conditioning air for an enclosure in which a supply air stream is cooled with a refrigerant system containing a variable compressor by passing the air over a cooling coil to reduce the temperature thereof; the thus cooled supply air stream is then passed through a segment of a rotating desiccant wheel under conditions which increase its temperature and reduce its moisture content, and then delivered to the enclosure. The desiccant wheel is regenerated by heating a regeneration air stream with the condensing coil of the refrigerant system, and then passing the heated regeneration air stream through another segment of the rotating desiccant wheel. At least one condition of the supply air stream, the regeneration air stream, and/or the refrigerant system is sensed or monitored and the output of the compressor is controlled in response to the sensed condition.

**4 Claims, 14 Drawing Sheets**



US007047751B2

## (12) United States Patent
### Dinnage et al.

(10) Patent No.: **US 7,047,751 B2**
(45) Date of Patent: *May 23, 2006

(54) **DESICCANT REFRIGERANT DEHUMIDIFIER SYSTEMS**

(75) Inventors: **Paul A. Dinnage**, Stratham, NH (US); **Kevin H. Young**, Newmarket, NH (US)

(73) Assignee: **Munters Corporation**, Amesbury, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/971,087

(22) Filed: **Oct. 25, 2004**

(65) **Prior Publication Data**

US 2005/0050906 A1    Mar. 10, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/670,309, filed on Sep. 26, 2003, now abandoned, which is a continuation of application No. 10/316,952, filed on Dec. 12, 2002, now Pat. No. 6,711,907, which is a continuation-in-part of application No. 09/795,818, filed on Feb. 28, 2001, now Pat. No. 6,557,365.

(51) **Int. Cl.**
  F25D 17/06    (2006.01)
  F23D 23/00    (2006.01)
(52) **U.S. Cl.** .............................. 62/94; 62/271
(58) **Field of Classification Search** .............. 62/93, 62/94, 271
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,968,165 | A | * | 1/1961 | Gunnar | 62/94 |
| 4,474,021 | A | * | 10/1984 | Harband | 62/94 |
| 4,887,438 | A | * | 12/1989 | Meckler | 62/271 |
| 4,936,107 | A | * | 6/1990 | Kitagaki et al. | 62/184 |
| 5,649,428 | A | * | 7/1997 | Calton et al. | 62/94 |
| 5,816,065 | A | * | 10/1998 | Maeda | 62/271 |
| 5,931,016 | A | * | 8/1999 | Yoho, Sr. | 62/271 |
| 6,269,650 | B1 | * | 8/2001 | Shaw | 62/176.6 |
| 6,311,511 | B1 | * | 11/2001 | Maeda | 62/271 |
| RE37,464 | E | * | 12/2001 | Meckler | 62/93 |
| 6,557,365 | B1 | * | 5/2003 | Dinnage et al. | 62/271 |

* cited by examiner

*Primary Examiner*—William C. Doerrler
(74) *Attorney, Agent, or Firm*—Fitzpatrick, Cella, Harper & Scinto

(57) **ABSTRACT**

A method for conditioning air for an enclosure in which a supply air stream is cooled with a refrigerant system containing a variable compressor by passing the air over a cooling coil to reduce the temperature thereof; the thus cooled supply air stream is then passed through a segment of a rotating desiccant wheel under conditions which increase its temperature and reduce its moisture content, and then delivered to the enclosure. The desiccant wheel is regenerated by heating a regeneration air stream with the condensing coil of the refrigerant system, and then passing the heated regeneration air stream through another segment of the rotating desiccant wheel. At least one condition of the supply air stream, the regeneration air stream, and/or the refrigerant system is sensed or monitored and the output of the compressor is controlled in response to the sensed condition.

**6 Claims, 14 Drawing Sheets**

