Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of GEORGIA

| | |
|---|---|
| **MUNTERS CORPORATION** <br> *Plaintiff* <br> v. <br> **NOVELAIRE TECHNOLOGIES LLC** <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. <br><br> 1:09-CV-2666 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NOVELAIRE TECHNOLOGIES LLC by serving its registered agent NEIL A STEPHANSSON
370 WATERS BEND WAY
ALPHARETTA GA 30022

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ty M. Bridges
Wilbanks & Bridges
3414 Peachtree Rd NE Suite 1075
Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

CLERK OF COURT

Date: 28 SEP 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Neil A. Stephansson__

was received by me on *(date)* __9-29-09__.

☒ I personally served the summons on the individual at *(place)* __370 Waters Bend Way Alpharetta, GA 30022__ on *(date)* __9-29-09__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __27.94 each way__ for travel and $ _____ for services, for a total of $ __55.88__.

I declare under penalty of perjury that this information is true.

Date: __9-29-09__

__David Hanson__
Server's signature

__David Hanson    Courier__
Printed name and title

__5555 Dorsett Shoals LN.
Douglasville, GA 30135__
Server's address

Additional information regarding attempted service, etc: